IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

　　Plaintiff,

v.

JOHN DOES 1-20,

　　Defendants.

## ORDER

In accordance with the Notice of Dismissal With Prejudice of Defendant John Doe 6 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 12), it is

ORDERED that Defendant John Doe 6 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

　　Dated:  August 5, 2014

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　Senior United States District Judge