IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

　　　Plaintiff,

v.

JOHN DOES 1-5, 7-20,

　　　Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 16 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 14), it is

ORDERED that Defendant John Doe 16 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 13, 2014

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　Senior United States District Judge