IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-5, 7-15, 17-20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 13 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 16) and the Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 17 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 17), it is

ORDERED that Defendant John Does 13 and 17 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 18, 2014

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Senior United States District Judge