IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-5, 7-12, 14, 18-20,

    Defendants.

---

## ORDER

---

In accordance with the Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 18 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 19), it is

ORDERED that Defendant John Doe 18 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  September 3, 2014

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge