IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-5, 7-12, 14, 19-20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 3, John Doe 9, John Doe 14, and John Doe 19 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 22) and the Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 8 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 21) it  is

ORDERED that Defendant John Does 3, 9, 14, and 19 are **DISMISSED WITHOUT PREJUDICE**, and Defendant John Doe 8 is **DISMISSED WITH PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:  September 5, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge