IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-2, 4-5, 7, 10-12, 15, 20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 1 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 24), it is

ORDERED that Defendant John Doe 1 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 23, 2014

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge