IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2, 4, 5, 7, 10, 11, 15, 20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 5 and John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 28), it is

ORDERED that Defendant John Does 5 and 7 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 16, 2014

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge