IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 2, 4, 10, 11, 15, 20,

   Defendants.

## ORDER

   In accordance with the Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 15 and John Doe 20 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 30), it is

   ORDERED that Defendant John Does 15 and 20 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  October 22, 2014

                                                            BY THE COURT:

                                                            s/ Wiley Y. Daniel
                                                            Wiley Y. Daniel
                                                            Senior United States District Judge