IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 2, 4, 10, 11,

   Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 2, John 10, and John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 35), it is

ORDERED that Defendant John Does 2, 10 and 11 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 17, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge