IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JORDAN KAIRYS,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2014.**

    Defendant's Unopposed Motion for Leave to Appear Telephonically or via Video Conference for Scheduling Conference set for January 15, 2015 – 9:45 a.m. [filed December 29, 2014; docket #49] is **granted**. Defense counsel shall call Chambers at (303) 844-4507 at the appointed time.