IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JORDAN KAIRYS,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2015**.

The Joint Motion to Vacate Scheduling Conference [filed January 8, 2015; docket #53] is **granted**. The Scheduling Conference currently set for January 15, 2015 is **vacated**. The parties shall file dismissal papers with the Court on or before February 6, 2015.