IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01773-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

     Plaintiff,

v.

JORDAN KAIRYS,

     Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss All Claims By and Between the Plaintiff and the Defendant and the Action With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) filed January 22, 2015.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss All Claims By and Between the Plaintiff and the Defendant and the Action With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (ECF No. 56) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney fees.

Dated:  January 23, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge